UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DONALD E. WISHART,

    Petitioner,

    v.

B. G. COMPTON, warden,

    Respondent.

No. C 07-141 SI (pr)

**ORDER REFERRING CASE FOR RELATED CASE DETERMINATION**

Petitioner filed a 24-page document entitled "petition for great writ of habeas corpus" and a 16-page addendum to the petition. The documents indicates petitioner's desire to challenge his conviction and/or sentence in United States v. Wishart, No CR 00-20227 JF.

"Whenever a Judge believes that a case pending before that Judge is related to another case, the Judge may refer the case to the Judge assigned to the earliest-filed case with a request that the Judge assigned to the earliest-filed case consider whether the cases are related." N. D. Cal. Local Rule 3-12(c). Judge Fogel presided over petitioner's criminal action. Accordingly, the undersigned refers the case to Judge Fogel with a request that he consider whether the cases are related.

IT IS SO ORDERED.

DATED: April 3, 2007

SUSAN ILLSTON
United States District Judge