NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD E. WISHART, ) | No. C 07-0141 JF (PR) |
| Petitioner, ) | ORDER OF DISMISSAL |
| v. ) | |
| B.G. COMPTON, Warden, ) | |
| Respondent. ) | |

Petitioner, a federal prisoner proceeding pro se, filed the instant habeas corpus petition on January 9, 2007. Petitioner has paid the filing fee. On May 8, 2007, the instant habeas action was reassigned and related to Petitioner's federal criminal case, case no. CR 00-20227 JF. According to the Court's docket, all orders sent to Petitioner have been returned by mail as undeliverable on April 12, 2007, May 17, 2007, and June 1, 2007.

As of the date of this order, Petitioner has not communicated with the Court, nor provided his current address to the Court.

\\\

\\\

Order of Dismissal
P:\pro-se\sj.jf\hc.07\Wishart141dis          1

1  Accordingly, this case is DISMISSED without prejudice for Petitioner's failure to advise
2  the Court of his current address pursuant to Civil Local Rule 3-11 and failure to prosecute
3  pursuant to Federal Rule of Civil Procedure 41(b).  The Clerk shall terminate all pending
4  motions and close the file.

5    IT IS SO ORDERED.
6  DATED: 7/2/07

JEREMY FOGEL
United States District Judge

Order of Dismissal
P:\pro-se\sj.jf\hc.07\Wishart141dis          2

1   This is to certify that a copy of this ruling was mailed to the following:

2

3   Donald E. Wishart
    99636-011
    U.S. Penitentiary
4   3901 Klein Blvd.
    Lompoc, CA  93436
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Dismissal
P:\pro-se\sj.jf\hc.07\Wishart141dis          3