NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONALD E. WISHART, | ) | No. C 07-0141 JF (PR) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| B.G. COMPTON, Warden, | ) | |
| Respondent. | ) | |

    The Court has dismissed the instant habeas action based upon Petitioner's failure to advise the Court of his current address pursuant to Civil Local Rule 3-11 and failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

    IT IS SO ORDERED.

DATED: 7/2/07

JEREMY FOGEL
United States District Judge

Judgment
P:\pro-se\sj.jf\hc.07\Wishart141jud

1

1  This is to certify that a copy of this ruling was mailed to the following:

2

3  Donald E. Wishart
99636-011
U.S. Penitentiary
4  3901 Klein Blvd.
Lompoc, CA  93436

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Judgment
P:\pro-se\sj.jf\hc.07\Wishart141jud            2